UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FLORIDA DREDGE AND DOCK INC.,  :
                             Plaintiff,  :      21 Civ. 2341 (LGS)

        -against-  :      ORDER

BLAKE MARINE GROUP LLC,  :
                            Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 10, 2021, a hearing was held for Defendant to show cause why a default judgment should not be entered against it. Defendant did not appear, but counsel for Plaintiff did appear. For the reasons stated on the record, it is hereby

    **ORDERED** that Plaintiff shall submit a supplemental letter by June 14, 2021, (1) explaining the apparent discrepancy between the total amount invoiced to Defendant Blake Marine Group LLC and the sum of the individual amounts listed on the invoice (Dkt. No. 1-2) and (2) providing a legal basis for the award of costs in the absence of a finding of bad faith.

Dated: June 10, 2021
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**