UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FLORIDA DREDGE AND DOCK INC.,

        Plaintiff,                       **CASE NO.: 1:21-cv-2341**

    -against-                         **FINAL DEFAULT JUDGMENT**

BLAKE MARINE GROUP LLC,

        Defendant.
-------------------------------------------------------------------X

**FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court on Plaintiff's Motion for Final Default Judgement [DE 13]. UPON CONSIDERATION of the Motion [DE 13], the Sworn Declaration of William D. Fletcher [DE 13-1], the Complaint [DE 1], Plaintiff's June 14, 2021, Letter [DE 21] and being otherwise fully advised in the premise, it is hereby:

ORDERED AND ADJUDICATED that:

1. Plaintiff's Motion for Final Default Judgment [DE 13] is **GRANTED**.

2. Plaintiff, FLORIDA DREDGE AND DOCK INC., shall recover from Defendant, BLAKE MARINE GROUP LLC, the sum of One Hundred Sixty Thousand Four Hundred Seventy-Seven Dollars and 50/100 ($160,477.50), to bear interest from the date of this judgment at the legal rate as provided by law, for which sum let execution immediately issue.

3. The Court retains jurisdiction to enforce the terms of this Judgment.

DONE AND ORDERED this <u>14th</u> day of <u>   June   </u>, 2021.

                                                              LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE